LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BARRINGTON ARMSTRONG,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:22-cv-03508-AS<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND TWO HUNDRED TWENTY SEVEN DOLLARS AND 63/100 (**$3,227.63**) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: April 6, 2023                     / s / Sagar
                                                  HON. ALKA SAGAR
                                                  UNITED STATES MAGISTRATE JUDGE